IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF PENNSYLVANIA

*NO Fee/IFP #4 15 BI re 1:23 cv 167*

RICHARD EDWARD WEBER             :

           PLAINTIFF             : NO. *1:24 cv 341*

        VS.                             :

ERIE COUNTY, TODD MANGES,        :

JENNIFER NOLAN, JEREMY LIGHTNER  :    RECEIVED

        DEFENDANT'S             :

DEC 1 3 2024

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## COMPLAINT

Comes Now, Richard Weber, Plaintiff, Pro se, who present's the following complaint and claims for relief as follows:

## I. INTRODUCTION

1. This is a civil-rights action filed by Richard E Weber, a state prisoner, for damages, and injunctive and declatory relief under U.S.C. §1983, §1985 and §1986 alleging that the defendant's Jeremy Lightner, Todd Manges and Jennifer Nolan and Erie County all county defendant's violated plaintiff's Fourth Amendment right to be free from unlawful search and/or seizure as well as Plaintiff's Fourthteenth Amendment right to Due Process, as guaranteed by the United States Constitution. As well as inflicting pain and suffering upon the Plaintiff as well as a civil conspiracy and coversion as loss of income and a monell claims for the alleged actions of all defendant's.

1

## II. <u>PARTIES</u>

### <u>Plaintiff:</u>

2. Richard Edward Weber, at all times relevant, is a resident of Pennsylvania who currently resides at State Correctional Institution, CampHill, at 2500 Lisburn Rd, CampHill, Pennsylvania 17001, and is the persons who's suffered multiple consitutional violations and loss of income due to the defendant's actions and for infliction of pain and suffering to Plaintiff Richard Edward Weber.

### <u>Defendant:</u>

3. Erie County, at all times relevant, is a Legal Governmental Entity who resides at 140 West Sixth Street in Erie Pennsylvania and is the Owner of the Erie County Courthouse where the stolen property was held from January of 2021 intill September of 2024 and is legally responsible along with it's shareholder's for accepting stolen property and holding it and causing the loss of income upon the plaintiff and is being sued in both official and individual capacity.

### <u>Defendant:</u>

4. Jeremy Lightner, at all times relevant is a employee of the Erie County Courthouse, who is being sued in there individual capacity who resides and works at 140 West Sixth Street in Erie Pennsylvania 16501 and is the person who conspired and directed todd manges and jennifer nolan to commit mutiple constitutional voilations upon the Plaintiff Richard Edward Weber and who direct the defendant's to steal on multiple times property owned by the Plaintiff for the acts descibed

2

below.

## **Defendant:**

5. Todd Manges, at all times relevant is a employee of the Erie County Courthouse, who is being sued in there individual capacity who resides and works at 140 West Sixth Street in Erie Pennsylvania 16501 and is the person who conspired with defendants Lightner and Jennifer Nolan to commit multiple constitutional voilations upon the Plaintiff Richard Edward Weber.

## **Defendant:**

6. Jennifer Nolan, at all times relevant is a employee of the Erie County Courthouse, who is being sued in there individual capacity who resides and works at 140 West Sixth Street in Erie Pennsylvania 16501 and is the person who conspired with defendants Lightner and Todd Manges to commit multiple constitutional voilations upon the Plaintiff Richard Edward Weber.

# III. **JURISDICTION**

7. Jurisdiction is asseted pursuant to the United States Constitution, and 42 U.S.C. §1983 §1985 & §1986, to redress the deprivation of those rights secured by the United States Constitution, depriving by persons acting under color of State Law. The Court has jurisdiction over these matters pursuant to 28 U.S.C. §1331, and 1343 (a). Plaintiff claims for injunctive relief are authorized by 28 U.S.C. sections 2283, and 2284 and Rule 65 of the Rules of Civil Procedure. This Court also has supplemental jurisdiction for the Pennsylvania

State Law Claims under Pa.C.S. §5301.

8. The United States District Court for the Western District of Pennsylvania is the appropriate venue for trial pursuant to 28 U.S.C. § 1391 (b) (2) because it is where the events given rise to these claims occurred.

9. The Events that gave rise to there claims took place between January 10th 2021 and August of 2024.

## IV. <u>CAUSE OF ACTIONS</u>

### COUNT 1
### 4TH AMENDMENT VIOLATION
### UNLAWFUL SEIZURE

10. The Defendant Jeremy Lightner commited a 4th Amendment violation by ordering the defendants todd manges and jennifer nolan to steal plaintiff's mining computer without a seizure warrant in January of 2021 and holding it intill August of 2024.

### COUNT 2
### 4TH AMENDMENT VIOLATION
### UNLAWFUL SEARCH

11. The Defendant's Jeremy Lightner and Todd Manges and

4

Jennifer Nolan did attempt on mutiple times to search and access the computer a total of 4 times.

## COUNT 3
## 14TH AMENDMENT VIOLATION
## DUE PROCESS

12. The Defendant Jeremy Lightner by not obtaining a seizure or search warrant and without any cause by ordering the taking of the mining computer did in fact voilate plaintiff due process rights.

## COUNT 4
## LOSS OF INCOME

13. By Defendant Jeremy Lightner taking of the computer and powering it off stopped the computer's mining script and caused the losses of 20 Bitcoins 56 Litecoins and 106 Etherum that would have been mined per month from Jan of 2021 intill it's return in August of 2024 when the computer was ordered by a civil judge to be returned in non criminal court by the Honorable Marshall Piccinini in Erie County Pennsylvania Common Pleas Court.

## COUNT 5
## PAIN AND SUFFERING

14. Defendant Jeremy Lightner due to the multiple contitutional violations and directly violating policy and procedure and the laws of

the united states of america and the commonwealth of pennsylvania caused the plaintiff serious emotional distress and pain and suffering due to all of defendant lightner's actions upon Richard Edward Weber.

## COUNT 6
## 4TH AMENDMENT VIOLATION
## UNLAWFUL SEIZURE

15. Defendant Jennifer Nolan by taking plaintiffs mining computer withut lawful justification or cause and without a warrant did in fact commit a unlawful seizure upon the plaintiff's protected rights.

## COUNT 7
## 14TH AMENDMENT VIOLATION
## DUE PROCESS

16. Defendant Jennifer Nolan by taking plaintiffs mining computer withut lawful justification or cause and without a warrant did in fact commit a due process violation upon the plaintiff's protected rights.

## COUNT 8
## LOSS OF INCOME

17. By Defendant Jennifer Nolan taking of the computer and powering it off stopped the computer's mining script and caused the losses of 20 Bitcoins 56 Litecoins and 106 Etherum that would have been mined per month from Jan of 2021 intill it's return in August of 2024 when the computer was ordered by a civil judge to be returned in non criminal court by the Honorable Marshall Piccinini in Erie County

Pennsylvania Common Pleas Court.

## COUNT 9
## PAIN AND SUFFERING

18. Defendant Jennifer Nolan due to the multiple contitutional violations and directly violating policy and procedure and the laws of the united states of america and the commonwealth of pennsylvania caused the plaintiff serious emotional distress and pain and suffering due to all of defendant lightner's actions upon Richard Edward Weber.

## COUNT 10
## 4TH AMENDMENT VIOLATION
## UNLAWFUL SEIZURE

19. Defendant Todd Manges by taking plaintiffs mining computer withut lawful justification or cause and without a warrant did in fact commit a unlawful seizure upon the plaintiff's protected rights.

## COUNT 11
## 14TH AMENDMENT VIOLATION
## DUE PROCESS

20. Defendant Todd Manges by taking plaintiffs mining computer withut lawful justification or cause and without a warrant did in fact commit a due process violation upon the plaintiff's protected rights.

## COUNT 12
## LOSS OF INCOME

21. By Defendant Todd Manges taking of the computer and

powering it off stopped the computer's mining script and caused the losses of 20 Bitcoins 56 Litecoins and 106 Etherum that would have been mined per month from Jan of 2021 intill it's return in August of 2024 when the computer was ordered by a civil judge to be returned in non criminal court by the Honorable Marshall Piccinini in Erie County Pennsylvania Common Pleas Court.

## COUNT 13
## PAIN AND SUFFERING

22. Defendant Todd Manges due to the multiple contitutional violations and directly violating policy and procedure and the laws of the united states of america and the commonwealth of pennsylvania caused the plaintiff serious emotional distress and pain and suffering due to all of defendant lightner's actions upon Richard Edward Weber.

## COUNT 14
## CIVIL CONSPIRACY §1985

23. The Defendant Jeremy Lightner, Todd Manges and Jennifer Nolan had a meeting of the minds and conspired to steal mutiple properties from the plaintiff who is a special needs adult with multiple disablilities, austism and ADHD and fetal achohol syndrom by doing all the above listed actions.

## COUNT 15
## CIVIL CONSPIRACY §1986

24. The Defendants Todd Manges And Jennifer Nolan knowing that a conspiracy was accuring failed to stop and intervene knowing

that the directives by Defendant lightner were unlawful and unconstitutional and were illegal conduct outside the scope of the duties by the above listed acts.

## COUNT 16
## CIVIL CONSPIRACY §1983

25. The Defendant Jeremy Lightner, Todd Manges and Jennifer Nolan had a meeting of the minds and conspired to steal mutiple properties from the plaintiff who is a special needs adult with multiple disablilities, austism and ADHD and fetal achohol syndrom by doing all the above listed actions.

## COUNT 17
## LOSS OF INCOME

26. By Defendant Erie Count by holding of the computer and powering it off stopped the computer's mining script and caused the losses of 20 Bitcoins 56 Litecoins and 106 Etherum that would have been mined per month from Jan of 2021 intill it's return in August of 2024 when the computer was ordered by a civil judge to be returned in non criminal court by the Honorable Marshall Piccinini in Erie County Pennsylvania Common Pleas Court.

## COUNT 18
## MONELL CLAIM

27. The Defendants Jeremy Lightner, Jennifer Nolan and Todd Manges and Erie County, have informally adopted a policy to take

properties from mutiple Erie Residents, including but not limited to Richard Weber, Amanda Miller, under the false pretenses of search and seizure, the Detective's out of the Erie County Courthouse have caused a practice of diliberate indifference to the plaintiff rights and the rights of the U.S. Citizens of Erie County and the unlawful seizure by the Erie County Detectives Office was the moving force behind the violations of 14th and 4th amendments.

## CLAIMS FOR RELIEF

28. Issuing declartory relief declaring that all defendants, did in fact voilate plaintiff's due process rights and did commit a act of unlawful seizure by and through the above stated acts.

29. issuing injunctive relief directing Erie County to create a intigrity observation unit to train and observe it's employees to assit in consititutional violations prevention.

30. Award Plaintiff presumtive damages in vaule of the losses of 20 BTC, 56 LTC and 106 ETH in usd for the losses incurred each month the mining rig was held intill it's release in August of 2024.

31. Award Plaintff compenstory damages and punitive damages for the 4th and 14th amendment claims and other related claism as stated for the amount allowed by law.

32. Any Other relief that this court may deem just and proper.

10

33. Trial by jury is hereby demanded on all claims alleged herein and the parties are hereby given notice, pursuant to Fed. R. Civ. P. (a) -(c).

Respectfully submitted this 6th Day of December 2024.

/s/ _____

Richard Edward Weber QH6256

SCI-CampHill PoBox 8837

2500 Lisburn Rd CampHill PA

17001