**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RICHARD EDWARD WEBER,  )
           )
    **Plaintiff,**   )
           )
   **v.**      )  **Case No. 1:24-CV-341**
           )
ERIE COUNTY, et al,    )
           )
    **Defendants.** )

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on December 13, 2024. The matter was ultimately referred to United States Magistrate Judge Maureen P. Kelly, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an inmate acting pro se, alleges that Defendants violated his Fourth Amendment right to be free from illegal searches and seizures by confiscating his computer without a valid warrant. He further asserts due process and conspiracy claims against the individual Defendants and a *Monell* claim against Erie County.

Defendants filed a motion to dismiss, or in the alternative, for summary judgment. ECF No. 23. While Plaintiff filed an opposition brief, he did not file a responsive concise statement. ECF No. 31.

On March 2, 2026, Magistrate Judge Kelly issued a Report and Recommendation recommending that the pending motion be granted and that judgment be granted in favor of Defendants and against Plaintiff. ECF No. 32. As of today's date, no objections have been filed.

1

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the complaint and all documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 23rd day of March 2026;

IT IS ORDERED that Defendants' motion to dismiss, or in the alternative motion for summary judgment [ECF No. 23] be granted.

IT IS FURTHER ORDERED that final judgment is entered in favor of Defendants and against Plaintiff pursuant to Fed.R.Civ.P. 58.

AND, IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Kelly, issued on March 2, 2026 [ECF No. 32] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge